175 P.3d 747

# SUPREME COURT OF HAWAI'I

International Broth. of Painters
  and Allied Trades, Drywall Ta-
  pers, Finishers & Allied Workers
  Local Union 1944, AFL-CIO v.
  Befitel . . . . . . . . . . . . . . . . . . . . . . . 23880        06/01/2004  Denied              104 Hawai'i 275,
                                                                                                  88 P.3d 647